IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANAY ROHRBAUGH, by and through LINDA ROHRBAUGH and JAMES ROHRBAUGH as Parents and Natural Guardians and in their own right, | : : : : : | 1:16-cv-2358 |
| Plaintiffs, | : : | Hon. John E. Jones III |
| v. | : : | |
| LINCOLN INTERMEDIATE UNIT, WEST YORK AREA SCHOOL DISTRICT, and MARYANNE KREUZ, | : : : : | |
| Defendants, | : | |

## ORDER

### June 16, 2017

Presently before this Court are two motions to dismiss filed by the Defendants. (Docs. 21, 23). In conformity with the Memorandum issued on today's date, **IT IS HEREBY ORDERED THAT:**

1. Defendant West York's motion to dismiss (Doc. 21) is **GRANTED**.

2. Defendants Kreuz and Lincoln Intermediate's motion to dismiss (Doc. 23) is **GRANTED**.

3. All claims are **DISMISSED**, without prejudice.

4. The Clerk of the Court **SHALL CLOSE** the file on this case.

s/ John E. Jones III
John E. Jones III
United States District Judge